IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LESTER MALLONEE, ) ) ) *Plaintiff,* ) v. ) ) RYDER INTEGRATED LOGISTICS, ) INC. ) ) *Defendant*. ) | Case No.: 4:20-CV-00719 SRB |

### PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF HIS CLAIMS AGAINST DEFENDANT

Plaintiff Lester Mallonee, pursuant to Rule 67.02(a)(1) of the Missouri Rules of Civil Procedure, hereby dismisses, with prejudice, all of his claims against Defendant in this action.

Respectfully Submitted,

**EMPLOYEE RIGHTS LAW FIRM**
**Law Offices of Mark A. Jess, LLC**

/s/ Christie Jess
Mark A. Jess           MO No. 37946
Christie Jess          MO No. 44919
Kelly Rosine Ruark     MO No. 48119
Kansas City Livestock Exchange Building
1600 Genessee, Suite 842
Kansas City, MO 64102-5639
Ph: 816.474.4600
Fx: 816.474544.4601
mark.jess@employeerightslawfirm.com
christie.jess@employeerightslawfirm.com
Kelly.ruark@employeerightslawfirm.com

# CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing was served on September 8, 2021, via the Court's eFiling system with notice to the following:

Kimberly F. Seten, MO Bar No. 50449
2600 Grand Blvd., Suite 750
Kansas City, Missouri 64108-4600
Telephone: (816) 472-6400
Facsimile: (816) 472-6401
Email: kseten@constangy.com
ATTORNEY FOR DEFENDANT


/s/ Christie Jess
*ATTORNEYS FOR THE PLAINTIFF*